IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MADELINE PEAGLER, #243265, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:21-CV-261-WHA-KFP |
| HOUSTON COUNTY JAIL and JASON SMOAK, | ) |
| Defendants. | ) |

## **ORDER**

On May 20, 2021, the Magistrate Judge entered a Recommendation (Doc. #7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute and obey orders of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 14th day of June, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE